608

PETITIONS OF Kilby A. DeWITT, et al. protesting the removal and discontinuance of the depots of the Central Vermont Railway, Inc., located at Windsor, South Royalton and Randolph, Vermont, No. 25-74

February 3, 1976. Appeal dismissed for failure of the appellants to comply with the order of this Court made December 10, 1975.

STATE of Vermont v. Paul A. McGRAIL, No. 27-75

February 3, 1976. The parties' motion to remand this cause to the District Court of Vermont, Unit No. 5, Orange Circuit, for that court's consideration of a motion to vacate sentence is granted.

DELAWARE & HUDSON RAILWAY COMPANY v. CENTRAL VERMONT PUBLIC SERVICE CORP., No. 130-75

February 4, 1976. The entry in the above-captioned case having been made on an issue not briefed or argued by the parties, the motion is granted.

COMMERCIAL UNION INSURANCE COMPANY v. CITY OF MONTPELIER and Bruce Hallock, No. 162-75

February 4, 1976. In light of our opinion and order, dated February 4, 1976, Docket No. 162-75, 134 Vt. 184, 353 A.2d 344, which affirmed the Commercial Union Insurance Company's duty to the City of Montpelier, the relief sought by Mr. Hallock's motions is unnecessary.

Motions denied.

STATE of Vermont v. Peter I. DIAMONDSTONE, No. 9-74

February 5, 1976. It being acknowledged by the State that expert testimony was improperly received, to the prejudice of the defendant, the judgment is reversed and the cause is remanded for a new trial.

STATE of Vermont v. Paul A. McGRAIL, No. 27-75

February 6, 1976. Appeal dismissed in accordance with Motion and Stipulation and Affidavit of Mr. McGrail dated February 6, 1976, and filed in the District Court of Vermont, Unit No. 5, Orange Circuit.

John FONDA and Carmela Fonda v. Raymond FAY and Catherine Fay, No. 46-75

February 6, 1976. Appeal dismissed for failure to comply with progress order dated December 2, 1975.